IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY A. FITZGERALD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3195 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 14).  The Court notes defendant has no objection.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until March 7, 2007, to file his brief.

DATED this 9th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court