IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY A. FITZGERALD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3195 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to file brief (Filing No. 17). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until May 7, 2007, to file its brief.

DATED this 6th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court